```
           FILED              RECEIVED
           ENTERED            SERVED ON
                       COUNSEL/PARTIES OF RECORD

                AUG - 9 2011

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
    BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>MARCTAVIAN FORD, )<br>  )<br>Defendant. ) | 2:11-CR-047-HDM (PAL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 9, 2011, defendant MARCTAVIAN FORD pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant MARCTAVIAN FORD agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. Docket #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum and the offense to which defendant MARCTAVIAN FORD pled guilty.

. . .

. . .

. . .

1     The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section

2 924(d)(1) and Title 28, United States Code, Section 2461(c):

3         a.    a Taurus, .38 caliber revolver, serial # 871438 ("property").

4     This Court finds the United States of America is now entitled to, and should, reduce the

5 aforementioned property to the possession of the United States of America.

6     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7 United States of America should seize the aforementioned property.

8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9 MARCTAVIAN FORD in the aforementioned property is forfeited and is vested in the United States

10 of America and shall be safely held by the United States of America until further order of the Court.

11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

12 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

13 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

14 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

15 the name and contact information for the government attorney to be served with the petition,

16 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

18 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

19     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

20 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

21 following address at the time of filing:

22    Michael A. Humphreys
        Assistant United States Attorney
23    Daniel D. Hollingsworth
        Assistant United States Attorney
24    Nevada State Bar No. 1925
        Lloyd D. George United States Courthouse
25    333 Las Vegas Boulevard South, Suite 5000
        Las Vegas, Nevada 89101

26 . . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3   following publication of notice of seizure and intent to administratively forfeit the above-described
4   property.

5   DATED this ___9th___ day of ___August___, 2011.

_____
UNITED STATES DISTRICT JUDGE

3