JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorneys for Defendant
MARCTAVIAN FORD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cr-47-HDM-CWH |
| ) | |
| vs. ) | |
| ) | |
| MARCTAVIAN FORD, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL AT THE CONCLUSION OF SENTENCING

UPON the REQUEST TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL AT THE CONCLUSION OF SENTENCING, submitted by attorney JOHN J. MOMOT, ESQ. and YI LIN ZHENG, ESQ., and for good cause shown,

IT IS HEREBY ORDERED that defense counsels' REQUEST TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL AT THE CONCLUSION OF SENTENCING for Defendant, MARCTAVIAN FORD, is hereby granted.

DATED this 14th day of November, 2011.

_____
SENIOR JUDGE HOWARD D. MCKIBBEN

FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 14 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY